**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HARJEET SINGH,<br>(A-Number: 226-099-801)<br><br>         Petitioner,<br><br>    v.<br><br>WARDEN OF THE CALIFORNIA CITY<br>DETENTION FACILITY, et al.,<br><br>       Respondents. | No. 1:26-cv-03197 JLT FJS (HC)<br><br>ORDER ADOPTING FINDINGS AND<br>RECOMMENDATIONS<br>(Doc. 9)<br><br>ORDER GRANTING PETITION FOR WRIT<br>OF HABEAS CORPUS, DIRECTING<br>RESPONDENTS TO PROVIDE PETITIONER<br>WITH A BOND HEARING, AND<br>DIRECTING CLERK OF COURT TO ENTER<br>JUDGMENT AND CLOSE CASE |

Harjeet Singh is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On May 5, 2026, the assigned Magistrate Judge issued Findings and Recommendations to grant the Petition and order Respondents to provide Petitioner with a bond hearing. (Doc. 9.) The Court served the Findings and Recommendations on all parties and notified them that any objections were due within 10 days. (Doc. 9.) Over 10 days have passed, and no party has filed objections.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1

1.   The Findings and Recommendations issued on May 5, 2026, (Doc. 9), are **ADOPTED** in full.

2.   The petition for writ of habeas corpus is **GRANTED**.

3.   Respondents are **ORDERED TO PROVIDE** Petitioner with a substantive bond hearing within **14 days** at which the immigration judge will determine whether Petitioner poses a risk of flight or a danger to the community if he is released. At any such hearing, the Government should bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight.

4.   At least 72 hours before the scheduled hearing, the Petitioner **SHALL** receive notice of the hearing. He **SHALL** have the right to be represented by counsel at the hearing, and he **SHALL** be entitled to appear at the hearing. If counsel has filed an appearance in the immigration proceedings, at least 72 hours before the hearing, counsel **SHALL** receive notice of the scheduled hearing.

5.   The Clerk of Court is directed to enter judgment and close the case.

This order terminates the action in its entirety.

IT IS SO ORDERED.

Dated:   **May 21, 2026**

UNITED STATES DISTRICT JUDGE

2